JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> FADI S. HALLAK, et al., <br><br> Defendants. | Case No. EDCV 16-1368-GW(SSx) <br><br> **ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the Notice of Dismissal filed on August 15, 2016 [11], it is hereby ORDERED that the above-entitled action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: August 16, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE